IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | NO: 3:14-104 #4 |
| | ) | MJ BRYANT |
| RIGOBERTO EZEQUIEL OBANDO | ) | |

ORDER:
Motion granted.
A detention hearing is scheduled for June 19, 2015, at 1:30 P.M.
John Bryant
USMJ

## MOTION TO SET A HEARNG

Comes the Defendant, Rigoberto Ezequiel Obando, by and through counsel and moves the court to set a hearing on the defendant's Motion to Set Conditions of Release (DE#245).

Respectfully submitted,

S/ Michael Noel
_____
Michael Noel
Attorney for Rigoberto Ezequiel Obando

5115 Maryland Way
Brentwood, TN 37027
TSCRN 2593